UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMAN M. CORA II,

                Plaintiff,

-against-

CHILDREN & YOUTH/SAM INC; JAMIE ROLLAND; KELLY GARHANN,

                Defendants.

24 CIVIL 6235 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 13, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 25, 2025
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge